UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **RON PATRICK ALLEN** | **CIVIL DOCKET NO. 6:23-CV-01018** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **RICHARD WILLIAMS HUYE III** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before the Court is a *sua sponte* jurisdictional REPORT AND RECOMMENDATION issued by Magistrate Judge David J. Ayo. [Doc. 9]. After an independent review of the record, noting the absence of objections filed, the Court concludes that the Magistrate Judge's jurisdictional analysis is correct and adopts the findings and conclusions contained in the REPORT AND RECOMMENDATION as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's suit is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

THUS, DONE AND SIGNED in Chambers, this 15th day of November 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE